# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Richard Merced            **Docket Number:** 01-00421-001
                                                                     **PACTS Number:** 29939

**Name of Sentencing Judicial Officer:** THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/04/2002

**Original Offense:** Conspiracy to Import Narcotics (Cocaine)

**Original Sentence:** 188 Months Imprisonment, 60 months supervised release

**Special Conditions:** Drug Treatment, Mental Health Treatment, Special Assessment

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 08/27/2015

**Assistant U.S. Attorney:** To be determined, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** K. Anthony Thomas, Federal Defenders Office, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'**<br><br>The offender tested positive for cocaine on February 11, August 22, September 13, and November 16, 2016. |

## STATUS UPDATE/RECOMMENDATION:

Since the submission of this petition to the Court, Merced has continued with consistent attendance at treatment and his substance abuse testing indicates no use of illegal substances. He was successfully discharged from treatment on April 28, 2017. Based on his compliance thus far, the Probation Office wishes to dismiss the violation charge. Merced will continue to be randomly drug tested and the Court will be notified of any future drug use.

I declare under penalty of perjury that the foregoing is true and correct.

By: Dana Hafner
U.S. Probation Officer
Date: 06/14/2017

## THE COURT ORDERS:

- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons. Date of Hearing: _____.
- [ ] No Action
- [x] Other- DISMISSED

_____
Signature of Judicial Officer

6/15/17
Date